AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

| | | |
|---|---|---|
| United States of America<br>v.<br>VICTOR HUGO OVANDO-QUINTANA<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br>3:17MJ087-RP |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __SEPTEMBER 13, 2017__ in the county of __LAFAYETTE__ in the __Northern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326(a) | Reentry into the United States by an Illegal Alien |
| 18 USC 922(g)(5) | Illegal Alien in Possession of a Firearm |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

JACK D. SKIPWORTH, DEPORTATION OFFICER
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/29/2017

_____
Judge's signature

City and state: Oxford, Mississippi

Roy Percy, United States Magistrate Judge
*Printed name and title*