IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jack D. Skipworth, being duly sworn, hereby declare and state:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Deportation Officer with United States Immigration and Customs Enforcement (ICE) and have been employed as such since September 20, 2015. Prior to this position I have served as an Immigration Enforcement Agent with ICE and a United States Border Patrol Agent.

2. I have received training in the areas of criminal law enforcement as a law enforcement officer for ICE. That training has included the investigation and prosecution of violations of criminal laws relating to unlawful entry, illegal re-entry, employment, and physical presence in the United States of individuals subject to the Immigration and Nationality Act (INA).

3. My current duties include conducting criminal investigations of violations of Federal Statutes and administrative violations of the Immigration and Nationality Act.

4. As part of my duties, I am involved in the investigation of OVANDO-Quintana, Victor Hugo, DOB 07/19/1993, which is a citizen and national of Mexico. OVANDO was located in the Northern District of Mississippi while serving a criminal warrant in Oxford, MS, on 09/13/2017. This affidavit is based on my own personal knowledge and information I have received from other federal and state law enforcement databases. My investigation of OVANDO has revealed the following:

### PROBABLE CAUSE

5. According to ICE databases, on August 10, 2009, OVANDO, was granted a Voluntary Return to Mexico. On August 20, 2009, OVANDO, was granted another Voluntary Return to Mexico. On August 28, 2009, OVANDO, was granted another Voluntary Return to Mexico. On September 13, 2009, OVANDO, was granted another Voluntary Return to Mexico. On January 15, 2010, OVANDO, was granted another Voluntary Return to Mexico. On January 26, 2012, OVANDO was arrested by the U.S. Border Patrol, and was issued an Expedited Removal on January 28, 2012, and was removed on the same day. On June 14, 2012, was arrested by the U.S. Border Patrol and his previous order of removal was reinstated on June 15, 2012, and he was removed on same day.

6. On September 13, 2017, OVANDO was arrested in Oxford, MS, while a criminal warrant was being served. During the arrest a protective sweep was conducted and a (Phoenix Arms) firearm was discovered in the nightstand next to OVANDO's bed. OVANDO was read his Miranda Rights and he waived his rights to counsel and stated the firearm was his.

7.   OVANDO was found in Oxford, MS, without permission to be in or remain in the United States legally and admitted to possession of a firearm. OVANDO is in violation of 8 USC 1326(a) illegal reentry after previously deported and 18 USC 922(g)(5) illegal alien in possession of a firearm.

### CONCLUSION

8.   Based on the information contained herein, your affiant believes that probable cause exist that OVANDO-Quintana, Victor Hugo is an illegal alien present in the United States after having been previously deported and is an illegal alien in possession of a firearm. I further believe that there is probable cause to believe that OVANDO-Quintana, Victor Hugo is currently in violation 8 USC 1326 Illegal Reentry after being previously deported and 18 USC 922(g)(5) Illegal Alien in Possession of a Firearm.

Respectfully Submitted,

Jack D. Skipworth, Deportation Officer
U.S. Immigration and Customs Enforcement

Subscribed and sworn to before me on September 29ᵗʰ, 2017.

HONORABLE ROY D. PERCY
UNITED STATES MAGISTRATE JUDGE